UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-317-KJD-GWF |
| Plaintiff, | |
| v. | ORDER |
| RANDY JOHNSON, | |
| Defendant. | |

Before the Court is the Magistrate's Findings and Recommendation (#56) regarding Defendants' Motions to Suppress (#23). No objections have been filed. The Court's obligation is "to arrive at its own independent conclusion about those portions of the magistrate's report to which objections are made." United States v. Remsing, 874 F.2d 614, 618 (9th Cir. 1989). Specifically, the Court is to engage in "de novo" review of the findings and recommendations objected to. 28 U.S.C. § 636(b)(1)(C) (2012). As no objections have been made, the Court **HEREBY ADOPTS** and **AFFIRMS** the Magistrate's Findings and Recommendation (#56), **DENYING** Defendant's Motion to Suppress (#23).

DATED this 26th day of August 2014.

_____
Kent J. Dawson
United States District Judge