# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-317-KJD-GWF |
| Plaintiff, | |
| v. | ORDER |
| RANDY WALTER JOHNSON, | |
| Defendant. | |

Pursuant to the stipulation of the parties (#57), the Court hereby vacates its prior order (#58) adopting the Report and Recommendation (#56) of the Magistrate.

DATED this 3rd day of September 2014.

_____
Kent J. Dawson
United States District Judge