FILED
ENTERED                          RECEIVED
                                SERVED ON
                    COUNSEL/PARTIES OF RECORD

OCT 1 4 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                      DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
vs.                                 )        2:13-cr-00317-KJD-GWF
                                    )
RANDY WALTER JOHNSON,               )
                                    )
            Defendant.              )        **ORDER**
                                    )

On October 6, 2014, the Federal Public Defender filed an Ex Parte Motion to Address Johnson's Request to Have New Counsel Appointed (doc. 68). An *in camera hearing* was held October 9, 2014, at which time this Court granted Defendant's request that new counsel be appointed.

Accordingly, IT IS HEREBY ORDERED that Joshua Tomsheck, Esq. is appointed as counsel for Randy Walter Johnson in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Tomsheck forthwith.

DATED this _14th_ day of October, 2014.

UNITED STATES DISTRICT JUDGE