UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>RANDY JOHNSON,<br><br>               Defendant. | Case No. 2:13-CR-317-KJD-GWF<br><br>ORDER |

      Before the Court is the Magistrate's Findings and Recommendation (#56) regarding Defendants' Motions to Suppress (#23). No objections have been filed, and the date for filing any objection is now long past despite numerous extensions (##62, 75, 77, 79, 85). The Court's obligation is "to arrive at its own independent conclusion about those portions of the magistrate's report to which objections are made." United States v. Remsing, 874 F.2d 614, 618 (9th Cir. 1989). Specifically, the Court is to engage in "de novo" review of the findings and recommendations objected to. 28 U.S.C. § 636(b)(1)(C) (2012). The Court has completed its de novo review and **HEREBY ADOPTS** and **AFFIRMS** the Magistrate's Findings and Recommendation (#56), **DENYING** Defendant's Motion to Suppress (#23).

DATED this 2nd day of March 2014.

_____
Kent J. Dawson
United States District Judge